**United States Bankruptcy Court**
**Eastern District of Michigan**

In re:

Casandra M Chandler            Case No. 21-30328
                                                Chapter 13
         Debtor(s)                    Judge: Joel D Applebaum
_____/

**Debtor's Chapter 13 Confirmation Hearing Certificate**
[To be completed fully]

At the next confirmation hearing in this case, the debtor intends to: [Check ONE of the following]

1. ____ Request confirmation of the debtor's plan, because all timely objections of creditors and the trustee have been resolved. I have emailed to the trustee a proposed order confirming the plan, as required in paragraph 2 of the Chapter 13 Case Management Order.

2. ____ Request confirmation of the debtor's plan, even though all timely objections have not been resolved. I have emailed to the trustee a proposed order confirming the plan, as required in paragraph 2 of the Chapter 13 Case Management Order. The parties are at an impasse in attempting to resolve these objections despite all reasonable efforts. The following are: (a) the parties whose timely objections have not been resolved; (b) their unresolved objections; and (c) the legal and factual issues that must be resolved by the Court in connection with confirmation:

    Trustee Objections #1:
    Issues:

    Creditor # 1:
    Objections:
    Issues:

3. __X__ Request an adjournment of the confirmation hearing to <u>July 20, 2021</u> due to the following good cause:
    Debtor has until July 2, 2021 to pay the filing fees.

4. ____ Dismiss the case. [The Court will enter an order of dismissal and the case will be removed from the docket.]

5. ____ Convert the case to chapter 7. [The Court will enter an order of conversion to chapter 7 and the case will be removed from the docket.]

6. ____ Re-convert the case to chapter 7. [The case will remain on the docket and parties will have an opportunity to be heard.]

Date: __May 4, 2021__                                /s/ Anthony Y Abueita
                                                                               Debtor's Attorney
                                                                               Anthony Y Abueita (P-70755)

702 Church St, Suite 2
Flint, MI 48502
(810) 235-8669
abueitalaw@gmail.com